John C. Nichols, Appellant, *v.* Andrew G. White, Impleaded, etc., Respondent.

(Argued May 3, 1889; decided June 28, 1889.)

Appeal from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made June 30, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Esek Cowen* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to affirm on opinion of Peckham, J., at General Term.
All concur.
Judgment affirmed.

---

Eugene K. Woolever, Respondent, *v.* The Utica, Ithaca and Elmira Railway Company, Appellant.

(Submitted June 19, 1889; decided June 28, 1889.)

Appeal from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made January 23, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*James Armstrong* for appellant.

*Dailey & Bentley* for respondent.

Agree to affirm ; no opinion.
All concur, except Follett, Ch. J., not voting.
Judgment affirmed.